IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD R. LARTIGUE | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv182 |
| BECKY LOFTON, ET AL. | § | |

## PARTIAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that the claims concerning plaintiff's assignment to the hoe squad are **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SIGNED** this the 9 day of **November, 2005.**

_____
Thad Heartfield
United States District Judge